1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8
9

JOHNNY EDWARD MCMAHON,                    Case No. 2:14-cv-00076-APG-CWH

*Petitioner*,

10

**ORDER**

11

vs.

12
13

NEVEN, *et al.,*

14

*Respondents.*

15
16

Following upon the notice (Dkt. #9) of appearance by petitioner's counsel in this habeas

17

matter and petitioner's application (Dkt. #8) to proceed *in forma pauperis*,

18

**IT IS ORDERED** that the Federal Public Defender's Office is appointed as counsel for

19

petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Johnathan M. Kirshbaum, Esq.,

20

appearing as petitioner's counsel of record.

21

**IT FURTHER IS ORDERED** that petitioner shall have until up to and including one

22

hundred fifty (150) days from entry of this order within which to file an amended petition and/or

23

seek other appropriate relief.  Neither the foregoing deadline nor any extension thereof

24

signifies or will signify any implied finding of a basis for tolling during the time period

25

established.  Petitioner at all times remains responsible for calculating the running of the

26

federal limitation period and timely asserting claims, without regard to any deadlines

27

established or extensions granted herein.  The Court will screen the amended petition prior

28

to ordering a response.

1    **IT FURTHER IS ORDERED** that any additional state court record exhibits filed herein

2  by either petitioner or respondents shall be filed with a separate index of exhibits identifying

3  the exhibits by number.  The CM/ECF attachments that are filed further shall be identified by

4  the number or numbers of the exhibits in the attachment**.  The hard copy of any exhibits**

5  **filed by either counsel shall be delivered -- for this case -- to the Clerk's Office in Las**

6  **Vegas.**

7    **IT FURTHER IS ORDERED** that petitioner's application (Dkt. #8) to proceed *in forma*

8  *pauperis* is GRANTED, such that petitioner will not be required to pay the filing fee.

9  The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

10  DATED:    February 20, 2014.

_____
ANDREW P. GORDON
United States District Judge

-2-