# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHNNY EDWARD MCMAHON,<br><br>  Plaintiff,<br><br>v.<br><br>NEVEN, *et al.*,<br><br>  Defendants. | Case No. 2:14-cv-00076-APG-CWH<br><br>**ORDER GRANTING MOTIONS TO EXTEND TIME**<br><br>(Dkt. ##41, 44) |

IT IS ORDERED that Petitioner Johnny Edward McMahon's motion to extend time to file an opposition to Respondents' motion to dismiss **(Dkt. #41) is GRANTED**.

IT IS FURTHER ORDERED that Respondents' motion to extend time to file a reply in support of their motion to dismiss **(Dkt. #44) is GRANTED**.

DATED this 14th day of September, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE