**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| JOHNNY EDWARD MCMAHON, | Case No. 2:14-cv-00076-APG-CWH |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| NEVEN, et al., | |
| Respondents. | |

This counseled § 2254 habeas petition is before the court on petitioner's unopposed motion to partially waive Local Rule 7-3(c) and file a reply in excess of 24 pages (ECF No. 64). Good cause appearing,

**IT IS ORDERED** that petitioner's motion to partially waive Local Rule 7-3(c) (ECF NO. 64) is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to file excess pages (ECF No. 62) is **GRANTED**.

**IT IS FURTHER ORDERED** that respondents' first and second motions to extend time to file an answer (ECF Nos. 55, 56) are both **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that respondents' motion for leave to file excess pages (ECF No. 59) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's first and second motions to extend time to file his reply (ECF Nos. 60, 61) are **GRANTED** *nunc pro tunc*.

DATED: 24 June 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE