UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Johnny Edward McMahon,<br><br>    Petitioner,<br><br>v.<br><br>Dwight Neven, et al.,<br><br>    Respondents. | 2:14-cv-000076-APG-CWH<br><br>**Order** |

Petitioner Johnny Edward McMahon, a prisoner in the custody of the State of Nevada, brings this habeas action under 28 U.S.C. § 2254 to challenge his 2009 Nevada state convictions for sexual assault of a minor under sixteen, statutory sexual seduction, and open or gross lewdness. Both the respondents' answer (ECF No. 58) and the petitioner's reply (ECF No. 63) refer to Exhibit 23, which is Volume III of the transcript of the jury trial. However, I am unable to locate that exhibit on CM/ECF. I need a copy of the transcript to evaluate the merits of the petition. *See Nashby v. McDaniel*, 853 F.3d 1049, 1052 (9th Cir. 2017).

IT IS THEREFORE ORDERED that the respondents shall file Exhibit 23, redacted as appropriate, within fourteen (14) days of the entry of this order.

DATED September 8, 2017.

_____
Andrew P. Gordon
United States District Judge

1