# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHNNY EDWARD MCMAHON,

     Petitioner

v.

NEVEN, et al.,

     Respondents

Case No.: 2:14-cv-00076-APG-CWH

**Order**

I dismissed petitioner Johnny Edward McMahon's habeas corpus petition with prejudice in September 2017 and judgment was entered. ECF Nos. 73, 74. McMahon appealed but the Ninth Circuit Court of Appeals denied a certificate of appealability. ECF Nos. 75, 77.

In January 2021, I denied McMahon's motion for relief from judgment and motion for recusal of me. ECF No. 90. McMahon now moves to reopen the case and again moves to recuse me. ECF Nos. 94, 95. He presents no new or compelling arguments and there is no basis to reopen this case. The motions are denied.

I THEREFORE ORDER that the petitioner's motion for recusal of district judge and motion to reopen the case **(ECF Nos. 94 and 95) are both DENIED**.

I FURTHER ORDER that a certificate of appealability is denied.

     Dated: April 16, 2021

                                          _____

                                          U.S. District Judge Andrew P. Gordon